**2009–1472. In re Guardianship of Bombrys.**
Lucas App. No. L–08–1451, 2009-Ohio-3203.

**2009–1473. Ruckstuhl v. Ohio Dept. of Commerce.**
Geauga App. No. 2008–G–2873, 2009-Ohio-3146.

**2009–1475. State v. Nardecchia.**
Shelby App. No. 17–09–04.

**2009–1476. State v. Ryan.**
Franklin App. Nos. 08AP–481 and 08AP–482, 2009-Ohio-3235.

**2009–1479. Rosen v. Chesler.**
Lorain App. No. 08CA009419, 2009-Ohio-3163.

**2009–1482. Paxson v. Dayton.**
Montgomery App. No. 22888, 2009-Ohio-3306.
    MOYER, C.J., and O'DONNELL, J., dissent.

**2009–1485. State v. Bocanegra.**
Sandusky App. No. S–08–022, 2009-Ohio-3202.

**2009–1486. Brown v. Columbus City Schools Bd. of Edn.**
Franklin App. No. 08AP–1067, 2009-Ohio-3230.
    PFEIFER, J., dissents.

**2009–1487. Macon v. Ohio Dept. of Job & Family Servs.**
Franklin App. No. 08AP–1036, 2009-Ohio-3229.

**2009–1504. State v. Girts.**
Guernsey App. No. 08–CA–31, 2009-Ohio-3422.

**2009–1506. Roeser v. State Farm Ins. Cos.**
Erie App. No. E–09–003, 2009-Ohio-3395.
    LANZINGER, J., dissents.

**2009–1511. State v. Ricks.**
Hamilton App. No. C–080362.

**2009–1523. Huber v. Cardiff.**
Miami App. No. 08–CA–24, 2009-Ohio-3433.

**2009–1561. State v. Boyd.**
Lucas App. No. L–07–1095, 2009-Ohio-3803.
    LUNDBERG STRATTON, J., dissents.

**2009–1563. State v. Jones.**
Cuyahoga App. No. 90903, 2009-Ohio-3371.

**2009–1564. State v. Richard.**
Montgomery App. No. 23119, 2009-Ohio-3771.
    PFEIFER, J., dissents.

**2009–1594. State v. Lynch.**
Cuyahoga App. No. 90630, 2009-Ohio-3730.
    PFEIFER, J., dissents.

**2009–1595. State v. Brown.**
Montgomery App. No. 22645, 2009-Ohio-1274.

**2009–1597. Miller v. Cordray.**
Franklin App. No. 08AP–1016, 2009-Ohio-3617.

**2009–1598. State v. Wilson.**
Montgomery App. No. 22581.